# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| JAMES JONES, *ADC#136236* | * | |
| | * | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 5:12-cv-00009-JJV |
| RAY HOBBS, *Director, Arkansas* | * | |
| *Department of Correction* | * | |
| | * | |
| Respondent. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this <u>2nd</u> day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE