**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| JAMES JONES, *ADC#136236* | * | |
| | * | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 5:12-cv-00009-JJV |
| RAY HOBBS, *Director, Arkansas* | * | |
| *Department of Correction* | * | |
| | * | |
| Respondent. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 2nd day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE